IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK ALLEN BELL | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 20-2849 |
| TOWNSHIP OF CHESTER, ET AL. | : |

**O R D E R**

**AND NOW**, this 1st day of February 2021, upon consideration of Defendants' Partial Motion for Dismissal Pursuant to Federal Rule of Civil Procedure 12(B)(6) and Motion to Strike Under F.R.C.P 12(f) (ECF No. 8), and Plaintiff's Response thereto (ECF No. 9), it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Counts V and VI (malicious prosecution), Count VIII (state law claims against Officer Storace in his official capacity), and Count IX (state law claims against Township of Chester) are **DISMISSED**.

3. All claims asserted against Officer Storace in his official capacity in Count II are **DISMISSED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**